# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**Matthew C. Whitney**
**Debtor/Petitioner**
**Chapter 7**
**Case No: 5:18-bk-00441**

**Court Order**

AND NOW this _____ day of _____, 2018, based upon the attached Motion to Dismiss Case, it is hereby decreed this case is dismissed.

By the Court,

_____