```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 18-00441-RNO
Matthew C Whitney                                         Chapter 7
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: TWilson          Page 1 of 1          Date Rcvd: Apr 04, 2018
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db              +Matthew C Whitney,    215 Thomas Street,    Jessup, PA 18434-1211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        Mark J. Conway (Trustee)   PA40@ecfcbis.com,
         mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
        Paul J. LaBelle    on behalf of Debtor 1 Matthew C Whitney pjlesq@gmail.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew C. Whitney dba Electric City Homes, Inc. <br>             **Debtor(s)** | **CHAPTER 7** |
| **M&T Bank** <br>           **Movant** <br>      **vs.** | **NO. 18-00441 RNO** |
| **Matthew C. Whitney dba Electric City Homes, Inc.** <br>            **Debtor(s)** | |
| **Mark J. Conway Esq.** <br>           **Trustee** | **11 U.S.C. Sections 362** |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 215 Thomas Street, Jessup, PA 18434 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: April 4, 2018

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)